UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MOISES GARCIA PEREZ,<br><br>Defendant | Case No.: 22-mj-03103 -MSB<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 21, U.S.C., Secs. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute |

The undersigned complainant being duly sworn states:

Count 1

On or about August 25, 2022, within the Southern District of California, MOISES GARCIA PEREZ, did knowingly and intentionally possess with intent to distribute, 500 grams and more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

*Garner Morimoto*
Garner M. Morimoto
Drug Enforcement Administration

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 26th day of August 2022.

_____
The Honorable Michael Berg
United States Magistrate Judge

## STATEMENT OF FACTS

I have been employed by the United States Department of Justice, Drug Enforcement Administration (DEA), as a Special Agent and have been so employed for over 18 years. During this time, I completed an intensive 16-week DEA training academy in Quantico, Virginia, which provided me with a background and basis of knowledge relating to the investigation of drug related crimes, including but not limited to, the manufacture, importation and distribution of controlled substances, including cocaine, methamphetamine, and heroin in violation of Title 21 of the United States Code. Since March 2015, I have been assigned to the San Diego Integrated Regional Narcotic Task Force, which is located at the DEA San Diego Field Division and consists of federal agents and local peace officers from San Diego County. I have received training in the identification of most types of controlled substances, including cocaine, methamphetamine, and heroin by sight and odor.

By virtue of my employment with the DEA, I have participated in various tasks which include, but are not limited, to: 1) functioning as a case agent which entails the supervision of specific investigations involving the trafficking of drugs; 2) interviewing cooperating individuals and informants relative to the illegal trafficking of drugs and the distribution of monies and assets derived from the illegal trafficking of drugs; 3) functioning as a surveillance agent and thereby observing and recording movements of persons trafficking drugs and those suspected of trafficking drugs; and 4) executing arrest warrants, search warrants, consent searches, Fourth Amendment waiver searches, and participating in the arrests of drug traffickers.

I have had formal training and experience in controlled substance investigations; and I have become familiar with the manner in which controlled substances, including methamphetamine, are packaged, marketed, cultivated, manufacture and consumed. I have investigated illicit controlled substance trafficking in San Diego and surrounding areas. In the course of my employment, I have made numerous arrests for violations involving such controlled substances. I have become familiar with the ordinary meaning of controlled

substance slang and jargon, and I am familiar with the manners and techniques of traffickers as practiced locally.

The facts of this probable cause statement are based upon my first-hand knowledge, conversations I have had with other law enforcement officers involved in this investigation and my review of the documentary evidence. The following is merely a summary of the evidence obtained during this investigation and does not reflect my entire knowledge of the investigation. In addition, the evidence discussed in this affidavit does not represent all of the evidence collected during the investigation.

**August 25, 2022 – Arrest of MOISES GARCIA PEREZ and Seizure of Methamphetamine and Firearms**

Beginning in 2021, investigators identified MOISES GARCIA PEREZ as an individual selling ounce and multi-pound quantities of methamphetamine in San Diego, California. As part of the investigation, investigators conducted three controlled purchases of methamphetamine from GARCIA PEREZ on June 23 and September 15, 2021, as well as July 29, 2022.

In August 2022, case agents directed CS-1[1] to contact GARCIA PEREZ and order ten pounds of crystal methamphetamine and 7,500 M-30 fentanyl pills in anticipation of a controlled purchase from GARCIA PEREZ. GARCIA PEREZ agreed to sell CS-1 the methamphetamine and the pills for approximately $20,000 and set the transaction for August 25, 2022 in the parking lot of Islands Restaurant located at 2441 Fenton Parkway in San Diego.

On August 25, 2022, case agents briefed the controlled purchase at a neutral location. Shortly after, case agents met with CS-1 at the same location. CS-1 and his/her vehicle were

---

[1] CS-1 began cooperating with investigators in 2013 in exchange for an immigration parole into the United States. The information provided by CS-1 in this case is considered reliable because, in part, it has been corroborated by physical surveillance, records checks, recorded communications, and drug seizures. CS-1 is currently receiving monetary compensation in exchange for his/her continued cooperation. No other forms of consideration or inducements have been requested by, or offered to, CS-1. On August 20, 2008, CS-1 was arrested by the San Diego Police Department for misdemeanor DUI. The DUI charge was dismissed and CS-1 was convicted of reckless driving and deported to Mexico. In 2012, CS-1 was arrested by Customs and Border Protection in Brownsville, Texas for illegal entry into the United States and was deported to Mexico. I believe that the information provided by CS-1 is credible and reliable.

searched by case agents for contraband; none was found. At approximately 3:46 p.m., surveillance was set up in the parking lot of Islands Restaurant located at 2441 Fenton Parkway, San Diego, CA 92108.

At approximately 4:20 p.m., case agents and surveillance units observed GARCIA PEREZ arrive to the parking lot in his silver 2008 Honda Civic bearing CA license plate 8TDV272 and park next to CS-1's vehicle. Shortly after, GARCIA PEREZ was observed exiting his vehicle, reaching in the trunk, and retrieving a duffle bag. GARCIA PEREZ was then observed getting into the passenger side of the CS-1's vehicle.

At that point, agents approached CS-1's vehicle and arrested GARCIA PEREZ. Inside of his duffle bag, agents located a white crystalline like substance consistent with methamphetamine that weighed approximately ten pounds along with approximately 7,500 M-30 fentanyl pills.

At approximately 6:20 p.m., case agents executed a federal search warrant at GARCIA PEREZ's residence located at 4166 Monroe Avenue, Apt 3. During a search of GARCIA PEREZ's room, agents recovered approximately 1 pound of methamphetamine, 1 pound of cocaine, 2,000 M-30 fentanyl pills and other drug trafficking paraphernalia. Agents also seized 2 handguns and 2 AR-style rifles from GARCIA PEREZ's room.

Therefore, based on my training and experience, along with the above facts, I believe that GARCIA PEREZ, possessed with intent to distribute, more than 500 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance.